IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAQUARIES JONES,

   Appellant,

v.              Case No.  5D16-4338

STATE OF FLORIDA,

   Appellee.

_____/

Opinion filed June 15, 2018

Appeal from the Circuit Court
for Marion County,
Willard Pope, Judge.

James S. Purdy, Public Defender, and
Brittany N. O'Neil, Assistant Public
Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

  We affirm.  However, we remand for the trial court to enter corrected sentencing documents granting Appellant a twenty-year sentencing review pursuant to section 921.1402(2)(d), Florida Statutes (2016). *See Barnes v. State*, 175 So. 3d 380 (Fla. 5th DCA 2015).

AFFIRMED AND REMANDED WITH INSTRUCTIONS.

TORPY, EDWARDS and EISNAUGLE, JJ., concur.